UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
SDNY PRO SE OFFICE
2023 JAN 19 PM 4:30

Amarachukwu Ekeoma

23 CV 00474

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

The City of New York & The New York City Police Department

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
The Fourth Amendment & the Fourteenth Amendment of the United States Constitution

& Plaintiff has been a victim of use of excessive force and a wrongful arrest.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Amarachukwu | | Ekeoma |
|---|---|---|
| First Name | Middle Initial | Last Name |

115-15 170th Street

Street Address

Jamaica

| County, City | State | Zip Code |
|---|---|---|

_____          _____

Telephone Number                  Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

The City of New York
First Name / Last Name

Current Job Title (or other identifying information)
100 Church Street
Current Work Address (or other address where defendant may be served)
New York / NY / 10038
County, City / State / Zip Code

Defendant 2:

The New York City Police Department
First Name / Last Name

Current Job Title (or other identifying information)
One Police Plaza
Current Work Address (or other address where defendant may be served)
New York / NY / 10038
County, City / State / Zip Code

Defendant 3:

First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Page 4

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 115-15 170th Street, Jamaica, NY 11434

Date(s) of occurrence: From January 19, 2020 to November 19, 2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff has been a victim of numerous false police reports claiming he was an EDP or otherwise Emotionally Disturbed Person. Plaintiff's family members are those who have been making those calls. In January of 2020, Plaintiff found himself pinned faced down with Nnanna Ekeoma's knee in his back, Onyeji Ekeoma's feet stepping on his ankles and Chidinma Ekeoma watching, but cheering them on as Plaintiff does not resist. Plaintiff asks why this is happening and the only response is because Plaintiff "deserves" it. Plaintiff lives with Psych Nurses. Plaintiff finds himself admitted to the hospital, while not being the agressor. This becomes the norm for what eventually becomes more than 2 years. The family has been trying to admit Plaintiff to the hospital since 2018, while Plaintiff is working 2 jobs and going to school to get an education. In almost every instance, Nnanna, Onyeji, and Chidinma have been the agressors. Even Mjiole Ekeoma is an aggressor. On one occasion, Nnanna pushes Mjiole Ekeoma down to the floor to atack me and Mjiole calls the police and Plaintiff is taken to the hospital while not being the aggressor. During another 9-1-1 call, Onyeji is screaming as if she is being attacked & the Plaintiff looks at her from about 6 feet away, in awe. Plaintiff has been kicked in the chest by Nnanna and upon standing back up, tackled back down to the ground. Nnanna has attacked Plaintiff with a baseball bat as well. When Plaintiff calls the police, he is removed from the premises so Plaintiff is helpess in a lose-lose situation. The performances have not stopped. During one NYPD call, Plaintiff was detained and illegally searched by the NYPD. He had his pockets emptied and his belongings dropped outside with no probable cause. Plaintiff was robbed and would like his property returned. During that ordeal with the NYPD, Plaintiff was informed that false 9-1-1 calls are an arrestable offense. Plaintiff has

Page 5

been the victim of a car shooting in which the police response time was about 30 minutes while the EDP calls over the course of this 2+ year time frame have been about 5-10 minutes on average. A "crazy" person in a controlled environment is a higher priority that a "crazy" person in an uncontrolled environment? In addition, Plaintiff has fallen asleep in his home and woken up to a burn scar under his eye. Plaintiff has received no information about an investigation. Plaintiff's packages have been stolen on camera and the police have informed him that there is no camera. Plaintiff has spoken to his neighbors and has viewed camera footage. Plaintiff was wrongfully arrested on December 10, 2020 as the details of the arrest were not specific enough to make a definite arrest as Nnanna Ekeoma would be a suspect as well. On November 19, 2022, Plaintiff was the victim of police brutality. He still has marks and bruises from that day as well as an aggravated shoulder injury. Plaintiff wears a sling, for the most part and is waiting to recover. That day, Plaintiff was bent over the police in a sexual manner, and as a victim of "SA," is seeking therapy and was made extremely uncomfortable by law enforcement.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Abrasions on Plaintiff's wrists. Awaiting results from tests on Plaintiff's shoulder.

Psychological damages.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff would to see his family members arrested for constantly intentionally misinforming

the police and potentially have their licenses to practice nursing suspended or revoked

entirely. Plaintiff also seeks repercussions for the officers and monetary relief, but not

limited to legal fees.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/19/23 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| Amarachukwu | Ekeoma | |
| First Name    Middle Initial | Last Name | |
| 115-15 170th Street | | |
| Street Address | | |
| Jamaica | NY | 11434 |
| County, City | State | Zip Code |
| 7184064750 | | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.